IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-21673 CMB |
| Shayne A. Mattich, ) | Chapter 13 |
| *Debtor* ) | Docket No. |
| ) | |
| Shayne A. Mattich, ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| *No Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 19, 2025, a true and correct copy of the *Order of Court dated May 16, 2025 together with the Amended Schedules I & J* was served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee


Date of Service: May 16, 2025           /s/ Kenneth Steidl
                                        Kenneth Steidl, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG
                                        436 Seventh Avenue, Suite 322
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        ken.steidl@steidl-steinberg.com
                                        PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 23-21673-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon May 19 08:43:57 EDT 2025 | Affirm, Inc.<br>650 California St, Floor 12<br>San Francisco, CA 94108-2716 | Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)AIR FORCE FEDERAL CREDIT UNION<br>ATTN DBA AFFCU<br>1560 CABLE RANCH RD STE 200<br>SAN ANTONIO TX 78245-2143 | Bread Loan<br>PO Box 11499<br>Tampa, FL 33680-1499 | Capital One<br>PO Box 71087<br>Charlotte, NC 28272-1087 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One/Walmart<br>PO Box 71087<br>Charlotte, NC 28272-1087 | Denise Carlon<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| City of Pittsburgh & School District of Pitt<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219 United States 15219-1753 | City of Pittsburgh/School District of Pittsb<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 |
| Dept. of Education/Nelnet<br>PO Box 82505<br>Lincoln, NE 68501-2505 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | (p)BERNSTEIN BURKLEY PC<br>ATTN KERI EBECK<br>601 GRANT STREET<br>9TH FLOOR<br>PITTSBURGH PA 15219-4430 |
| (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | Freedom Mortgage<br>PO Box 619063<br>Dallas, TX 75261-9063 | Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 |
| Freedom Mortgage Corporation<br>Attn: Bankruptcy Department<br>11988 Exit 5 Parkway, Building 4<br>Fishers, IN 46037-7939 | GS Bank/Apple<br>Lockbox 6112<br>PO Box 7247<br>Philadelphia, PA 19170-0001 | Mario J. Hanyon<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054-1218 |
| Jeffrey Hunt<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Jeffrey R. Hunt<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | IC Systems Inc.<br>PO Box 64378<br>Saint Paul, MN 55164-0378 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kohl's<br>PO Box 1456<br>Charlotte, NC 28201-1456 | LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Shayne A. Mattich<br>1121 Rodgers Street<br>Pittsburgh, PA 15207-2280 | NAVIENT  PC TRUST<br>C/O Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 |

Navient
PO Box 9000
Wilkes Barre, PA 18773-9000

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
GRB Law
c/o Jeffrey R. Hunt, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219-1753

Prosper Marketplace Inc.
C/O WEINSTEIN & RILEY, PS
1415 WESTERN AVE., SUITE 700
SEATTLE, WA 98101-2051

Prosper Marketplace Inc.
PO Box 886081
Los Angeles, CA 90088-6081

Revco Solutions
CBCS
PO Box 2724
Columbus, OH 43216-2724

SYNCB/Care Credit
PO Box 960061
Orlando, FL 32896-0061

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1908

Synchrony/Amazon
PO Box 71711
Philadelphia, PA 19176-1711

Synchrony/Lowe's
PO Box 71726
Philadelphia, PA 19176-1726

Synchrony/Paypal
PO Box 71707
Philadelphia, PA 19176-1707

Syncrhony/Sam's Club
PO Box 71711
Philadelphia, PA 19176-1711

(p)TD BANK USA N A
ATTN C/O WEINSTEIN & RILEY P S
1415 WESTERN AVE
SUITE #700
SEATTLE WA 98101-2051

TD Bank
PO Box 660170
Dallas, TX 75266-0170

U.S. Department of Education C/O Nelnet
121 S 13TH ST, SUITE 201
LINCOLN, NE 68508-1911

(p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

(p)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

(p)UPLIFT  INC
2 N CENTRAL AVE FL 10
PHOENIX AZ 85004-4422

Upstart Loan Operations
PO Box 1503
San Carlos, CA 94070-7503

Upstart Network, Inc
PO BOX 1931
Burlingame, CA 94011-1931

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

us department of education c/o nelnet
121 s 13th st
lincoln, NE 68508-1904

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Air Force Federal Credit Union
1560 Cable Ranch Road, Suite 200
San Antonio, TX 78245

Keri P. Ebeck
Bernstein-Burkley
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

FNB Omaha
PO Box 2557
Omaha, NE 68103

| | | |
|---|---|---|
| (d)First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3113<br>Omaha, Nebraska 68197 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | TD BANK USA, N.A.<br>C/O Weinstein & Riley, P.S.<br>1415 Western Ave. Suite 700<br>Seattle, WA 98101 |
| (d)TD Bank USA, N.A.<br>c/o Weinstein & Riley<br>1415 Western Avenue<br>Suite 700<br>Seattle, WA 98101 | U.S. Department of Housing and Urban Develop<br>100 Penn Square East<br>Philadelphia, PA 19107 | Upgrade Inc.<br>PO Box 52210<br>Phoenix, AZ 85072 |
| Uplift, Inc.<br>5301 Kietzke Lane, Suite 200<br>Reno, NV 89511 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | (d)LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | (d)Peoples Natural Gas Company LLC<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 |

**End of Label Matrix**
**Mailable recipients**   53
**Bypassed recipients**    3
**Total**                 56