IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Shayne A. Mattich, | ) | Case No. 23-21673 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Shayne A. Mattich, | ) | Document No. WO-1 |
| Social Security No. XXX-XX- 8320 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| UPMC  and | ) | |
| Ronda J.Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 20, 2025 a true and correct copy of the *Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Shayne A. Mattich
1121 Rodgers Street
Pittsburgh, PA 15207

UPMC
Attn: Payroll Dept.
600 Grant Street
Floor 56
Pittsburgh, PA 15219


Date of Service: May 20, 2025                /s/ Kenneth Steidl
                                              Kenneth Steidl, Esquire
                                              Attorney for the Debtors
                                              STEIDL & STEINBERG
                                              436 7th Ave.- Suite 322
                                              Pittsburgh, PA 15219
                                              (412) 391-8000
                                              ken.steidl@steidl-steinberg.com
                                              PA I.D. No. 34965