**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SHAYNE A. MATTICH                                          Case No. 23-21673CMB


                         Debtor(s)
RONDA J. WINNECOUR,                                        Chapter 13
Standing Chapter 13 Trustee,


                  Movant                                  Document No __
         vs.
AIR FORCE FCU**


                  Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor seeks to change the payee name for a claim, to wit:  SOARION CREDIT UNION .  No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee.  [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.]


   **Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**


AIR FORCE FCU**                                    Court claim# 2/Trustee CID# 30
1560 CABLE RANCH RD STE 200
SAN ANTONIO, TX 78245-2143


The Movant further certifies that on 07/24/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                   /s/ Ronda J. Winnecour
                                                   RONDA J WINNECOUR PA ID #30399
                                                   CHAPTER 13 TRUSTEE WD PA
                                                   600 GRANT STREET
cc:  debtor(s)                                     SUITE 3250 US STEEL TWR
     original creditor                             PITTSBURGH, PA  15219
     putative creditor                             (412) 471-5566
     counsel for debtor(s)                         cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):
SHAYNE A. MATTICH, 1121 RODGERS STREET, PITTSBURGH, PA  15207

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL & STEINBERG PC, 436 SEVENTH AVE STE 322, KOPPERS BUILDING, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
AIR FORCE FCU**, 1560 CABLE RANCH RD STE 200, SAN ANTONIO, TX 78245-2143

ORIGINAL CREDITOR'S COUNSEL:
SOARION CREDIT UNION, 1560 CABLE RANCH RD STE 200, SAN ANTONIO, TX 78245

:
SOARION CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 120070, SAN ANTONIO, TX  78212-0070

NEW CREDITOR:
SOARION CREDIT UNION
PO BOX 120070
SAN ANTONIO TX 78212-0070